STATE of Missouri, Respondent,

v.

Richard J. BUCK, Appellant.

No. WD 61057.

Missouri Court of Appeals,
Western District.

Jan. 28, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 1, 2003.

Application for Transfer Denied
May 27, 2003.

---

1. Throughout his pleadings, Defendant spells his surname "Finnerson".

David C. Hemingway, Assistant State Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Patrick T. Morgan, Assistant Attorney General, Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, Chief Judge, PATRICIA BRECKENRIDGE, Judge and RONALD R. HOLLIGER, Judge.

### ORDER

PER CURIAM.

Richard Buck appeals from his convictions of first-degree assault, § 565.050; armed criminal action, § 571.015; and third-degree assault, § 565.070. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).